971 So.2d 928 (2007)
Michael N. LEVIN, Appellant,
v.
Moises FRANCO, Appellee.
No. 3D06-2424.
District Court of Appeal of Florida, Third District.
December 19, 2007.
Mark Perlman, Hallandale, for appellant.
Jason M. Wandner, Miami, for appellee.
Before GERSTEN, C.J., and SUAREZ, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979); Jackson v. Echols, 937 So.2d 1247 (Fla. 3d DCA 2006); Miguez v. Miguez, 824 So.2d 258 (Fla. 3d DCA 2002).